# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| JAGER PRO, LLC | | PLAINTIFF |
| v. | No. 4:19-cv-107-DPM | |
| BULL CREEK WELDING AND FABRICATION, INC. | | DEFENDANT |
| JAGER PRO, LLC | | PLAINTIFF |
| v. | No. 4:19-cv-108-DPM | |
| TUSK INNOVATIONS, INC. | | DEFENDANT |

## ORDER

The Court appreciates the parties' recent filings. Their suggested change in the hearing structure is sound. We'll have a combined hearing starting at 9:00 a.m. on November 20th, with argument about Jager Pro's patents first and Tusk's patent second.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 October 2019