IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAGER PRO INCORPORATED**                                              PLAINTIFF

v.                        No. 4:19-cv-107-DPM

**BULL CREEK WELDING
AND FABRICATION, INC.**                                                 DEFENDANT


**JAGER PRO INCORPORATED**                                              PLAINTIFF

v.                        No. 4:19-cv-108-DPM

**TUSK INNOVATIONS, INC.**                                              DEFENDANT

## ORDER

**1.** Joint motions, *Doc. 118* in 4:19-cv-107 and *Doc. 87* in 4:19-cv-108, granted as modified. The Court agrees that putting this consolidated case on hold makes good sense. This case is stayed and administratively terminated pending a final decision of the United States Court of Appeals for the Federal Circuit's ruling on Jager Pro's appeal of the Patent Trial and Appeal Board's final decisions in *W-W Manufacturing Co. v. Jager Pro Inc.*, No. IPR2020-1470 (P.T.A.B. 16 February 2022) and *W-W Manufacturing Co. v. Jager Pro Inc.*, No. IPR2020-01471 (P.T.A.B. 16 February 2022). Joint status report due within ten calendar days of the Federal Circuit's decision.

2. The Court appreciates Magistrate Judge Deere's thorough work but declines her recommendations, *Doc. 110* in 4:19-cv-107 and *Doc. 82* in 4:19-cv-108, without prejudice. The pending motions, *Doc. 58, 60, 61 & 80* in 4:19-cv-107 and *Doc. 61 & 65* in 4:19-cv-108, are also denied without prejudice as moot for now.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 March 2022