IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JAGER PRO INCORPORATED | PLAINTIFF |

v.                    No. 4:19-cv-107-DPM

| | |
|---|---|
| BULL CREEK WELDING AND FABRICATION, INC. | DEFENDANT |
| JAGER PRO INCORPORATED | PLAINTIFF |

v.                    No. 4:19-cv-108-DPM

| | |
|---|---|
| TUSK INNOVATIONS, INC. | DEFENDANT |

## ORDER

With Magistrate Judge Deere's help, all the parties have settled all their claims. Congratulations. The Court withdraws the reference, lifts the stay, and will dismiss all the claims with prejudice and retain jurisdiction for a time to enforce the parties' settlement. The Court thanks Judge Deere for her work.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 April 2025