# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JAGER PRO INCORPORATED               PLAINTIFF/COUNTER
                                     CLAIMANT/COUNTER
                                        DEFENDANT

v.                        No. 4:19-cv-108-DPM

TUSK INNOVATIONS, INC.              DEFENDANT/COUNTER
                                     CLAIMANT/COUNTER
                                        DEFENDANT

## JUDGMENT

All claims by all parties are dismissed with prejudice. The Court retains jurisdiction until 21 July 2025 to enforce the parties' settlement.

_____
DP Marshall Jr.
D.P. Marshall Jr.
United States District Judge

17 April 2025